■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS F. LIOTTI, on Behalf of JESENIA VEGA, Petitioner, v VINCENT F. DEMARCO et al., Respondents. [840 NYS2d 914]—Writ of habeas corpus in the nature of an application to reduce bail upon Suffolk County indictment No. 2647/07.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Schmidt, J.P., Rivera, Krausman and Florio, JJ., concur.

(September 11, 2007)

■ KATHY AMAYA et al., Respondents, v BOARD OF EDUCATION OF CITY OF NEW YORK et al., Appellants. [840 NYS2d 923]—In an action to recover damages for personal injuries, etc., the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County (Solomon, J.), dated January 13, 2006, as denied, with leave to renew, their cross motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

The defendants' cross motion for summary judgment dismissing the complaint was properly denied, with leave to renew. Under the facts of this case, discovery should first be completed (*see* CPLR 3212 [f]). Prudenti, P.J., Fisher, Lifson and Angiolillo, JJ., concur.